UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BEAU GIGLIO | CIVIL ACTION NO. |
| VERSUS | SECTION: |
| SHIPYARD SUPPLY ACQUISITION CORPORATION | JUDGE: |
| | MAGISTRATE: |

**LIST OF PARTIES AND PLEADINGS PURSUANT TO 28 U.S.C. § 1447(b)**

Defendant, Shipyard Supply Acquisition Corporation ("Shipyard Supply") respectfully submits the following List of Parties and Pleadings in this action pursuant to 28 U.S.C. § 1447(b). Shipyard Supply also attaches copies of all pleadings, orders, and other documents filed by the parties in this matter in the 24th Judicial District Court for the Parish of Jefferson, State of Louisiana.

**I. List of Parties and Counsel**

| **Plaintiff:** Beau Giglio | **Defendant:** Shipyard Supply Acquisition Corporation |
|---|---|
| **Counsel:** | **Counsel:** |
| Joseph F. Lavigne<br>Michael A. Foley<br>**Jones Walker LLP**<br>201 St. Charles Avenue – 50th Floor<br>New Orleans, Louisiana 70170-5100<br>Telephone: (504) 582-8000<br>Facsimile: (504) 582-8015<br>E-mail: jlavigne@joneswalker.com<br>E-mail: mfoley@joneswalker.com | Debra J. Fischman<br>Ryan D. Adams<br>Jeffrey D. Kessler<br>Stuart D. Kottle<br>**SHER GARNER CAHILL RICHTER KLEIN & HILBERT, L.L.C.**<br>909 Poydras Street, Twenty-eighth Floor<br>New Orleans, Louisiana 70112<br>Telephone: (504) 299-2100<br>Facsimile: (504) 299-2300<br>E-mail: dfischman@shergarner.com<br>E-mail: radams@shergarner.com<br>E-mail: jkessler@shergarner.com<br>E-mail: skottle@shergarner.com |

**EXHIBIT 1**

**II. List of Pleadings, Orders, and Other Documents in the Record**

    A.    Verified Petition for Declaratory Judgment, dated July 18, 2022, including the accompanying Verification and Employment Agreement, attached as Exhibit 2;

    B.    Motion for and Incorporated Memorandum in Support of Request for a Temporary Restraining Order and to Set Preliminary Injunction Hearing, dated July 19, 2022, attached as Exhibit 3;

    C.    Sworn Affidavit of Beau Giglio, dated July 19, 2022, attached as Exhibit 4;

    D.    Temporary Restraning Order, dated July 21, 2022, attached as Exhibit 5;

Respectfully,

s/Debra J. Fischman
DEBRA J. FISCHMAN (# 5578)
RYAN D. ADAMS (# 27931)
JEFFREY D. KESSLER (# 30156)
STUART D. KOTTLE (# 37194)
**SHER GARNER CAHILL RICHTER KLEIN & HILBERT, L.L.C.**
909 Poydras Street, Twenty-eighth Floor
New Orleans, Louisiana 70112
Telephone: (504) 299-2100
Facsimile: (504) 299-2300
E-mail:dfischman@shergarner.com
E-mail: radams@shergarner.com
E-mail: jkessler@shergarner.com
E-mail: skottle@shergarner.com

**ATTORNEYS FOR SHIPYARD SUPPLY ACQUISITION CORPORATION**